

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Daniel M. Bernstein
212-492-2079
daniel.bernstein@ogletree.com

August 31, 2021

**Via ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The status conference is hereby adjourned until November 19, 2021 at 10 a.m.
>
> So ordered,
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein
> 8/31/21

RE:   *CRC Insurance Services, Inc.  v. Suh*
      Case No. 1:21-cv-05954-AK

Dear Judge Hellerstein:

We represent plaintiff CRC Insurance Services, Inc. ("CRC") in the above matter.  We write to respectfully request adjournment of the initial scheduling conference before Your Honor, currently scheduled for September 10, 2021.  CRC is exploring potential resolution of this matter with opposing counsel (copied on this letter), and therefore has not yet served the initial pleadings upon defendant.  CRC respectfully proposes that the initial scheduling conference be adjourned until after service of process is complete.

We thank Your Honor for your consideration.

Sincerely,

Daniel M. Bernstein

Cc: Stephen Martin, Esq. (via email: Steven.Martin@ryansg.com)

48392245.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington